UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN SHIRLEY, individually and as trustee of the JOHN F. SHIRLEY and JULIE E. SHIRLEY 2003 TRUST and JULIE SHIRLEY,<br><br>Plaintiffs,<br><br>vs.<br><br>WACHOVIA MORTGAGE FSB, WELLS FARGO BANK N.A. and DOES 1-10,<br><br>Defendants. | Case No. 3:10-CV-03870-SC<br><br>[Assigned for all purposes to the Honorable Samuel Conti]<br><br>**ORDER GRANTING CONTINUANCE OF HEARING DATE ON WACHOVIA'S MOTION TO DISMISS COMPLAINT**<br><br>Current Date: October 8, 2010<br>Time: 10:00 a.m.<br>Ctrm: 1 |

Having read and considered the foregoing Stipulation, and good cause appearing:

**IT IS HEREBY ORDERED:**

1. That the current hearing date of October 8, 2010 for defendant's motion to dismiss is hereby continued to November 15, 2010 at 10:00 a.m.

Dated: September 14, 2010

_____
HON. SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Samuel Conti

J:\Docs\92981.095\Proposed Order Re Hearing Continuance (Shirley).DOC

1

ORDER GRANTING CONTINUANCE
CASE NO. 3:10-CV-03870-SC