UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN SHIRLEY, individually and as trustee of the JOHN F. SHIRLEY and JULIE E. SHIRLEY 2003 TRUST and JULIE SHIRLEY,<br><br>Plaintiffs,<br><br>vs.<br><br>WACHOVIA MORTGAGE FSB, WELLS FARGO BANK N.A. and DOES 1-10,<br><br>Defendants. | Case No. 3:10-CV-03870-SC<br><br>[Assigned to the Honorable Samuel Conti]<br><br>**ORDER GRANTING WACHOVIA LEAVE TO FILE A THIRD PARTY COMPLAINT** |

Having read and considered the foregoing Stipulation, and good cause appearing:

**IT IS HEREBY ORDERED:**

1. That defendant Wachovia is granted leave to file a Third Party Complaint by September 10, 2011.

Dated: August 31, 2011

_____
HON. SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Samuel Conti*

W:\Litig\92981\000095\00215627.Doc

1

CASE NO. 3:10-CV-03870-SC
ORDER GRANTING LEAVE TO FILE THIRD PARTY COMPLAINT

Case 3:10-cv-03870-SC   Document 32   Filed 08/31/11   Page 2 of 3

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California  91101-2459.

On the date below, I served a copy of the following document entitled:

**ORDER GRANTING WACHOVIA LEAVE TO FILE A THIRD PARTY COMPLAINT**

on all interested parties in said case addressed as follows:

**Served Electronically Via the Court's CM/ECF System:**

*Attorneys for Plaintiff*

Ryan Fenton Thomas, Esq.
LAW OFFICE OF RYAN FENTON THOMAS
1400 N. Dutton Avenue, Suite 21
Santa Rosa, CA 95401
Tel.: 707.545.6542 | Fax: 707.545.1522
Email: rthomas@johnstonthomas.com

**Served By Means Other than Electronically Via the Court's CM/ECF System:**

SEE ATTACHED SERVICE LIST

☒ **(BY MAIL):**  I am readily familiar with the firm's practice of collection and processing correspondence by mailing.  Under that same practice it would be deposited with U.S. Postal Service on that same day with postage fully prepaid at Pasadena, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.  This declaration is executed in Pasadena, California, on **August 26, 2011.**

| Barbara Cruz | */s/ Barbara Cruz* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |

W:\Litig\92981\000095\00215627.Doc      1      CASE NO. 3:10-cv-03870-SC
CERTIFICATE OF SERVICE

## SERVICE LIST

*Attorneys for Plaintiff*

Roy N. Johnston, Esq.
LAW OFFICE OF ROY N. JOHNSTON
1400 N. Dutton Avenue, Suite 21
Santa Rosa, CA 95401
Tel.: 707.545.6542 | Fax: 707.545.1522