IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SHIRLEY,<br><br>    Plaintiff,<br><br>v.<br><br>WACHOVIA MORTGAGE, et al.,<br><br>    Defendants. | ) Case No. 10-3870 SC<br>)<br>) ORDER VACATING ORDER OF<br>) <u>RECUSAL</u><br>)<br>)<br>)<br>)<br>)<br>) |

TO ALL PARTIES AND COUNSEL OF RECORD:

On September 9, 2011, An Order of Recusal was issued requesting that the case be reassigned and vacating all pending dates of motions, pretrial conferences, and trial.  The Court hereby VACATES the Order of Recusal and reinstates all previous dates of motions, pretrial conferences, and trial.

IT IS SO ORDERED.

Dated: September 15, 2011        _____
                                  UNITED STATES DISTRICT JUDGE