**United States District Court**
Northern District of California

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SHIRLEY, individually and as trustee of the JOHN F. SHIRLEY and JULIE E. SHIRLEY 2003 TRUST, and JULIE SHIRLEY,<br><br>    Plaintiffs,<br><br>    v.<br><br>WACHOVIA MORTGAGE FSB, WELLS FARGO BANK N.A., and DOES 1-10,<br><br>    Defendants. | Case No. 10-03870-SC<br><br>JUDGMENT |
| WACHOVIA MORTGAGE, a division of WELLS FARGO BANK, N.A., formerly known as WACHOVIA MORTGAGE, FSB,<br><br>    Third-Party Complainant,<br><br>    v.<br><br>LSI TITLE COMPANY; LENDER PROCESSING SERVICES, INC.; FIDELITY NATIONAL INFORMATION SERVICES, INC.; and ROES 1 through 10, inclusive,<br><br>    Third-Party Defendants. | |

1    On March 29, 2012, the Court issued an order granting
2 Defendant Wachovia Mortgage's motion for summary judgment against
3 Plaintiffs John Shirley and Julie Shirley.  ECF No. 58 ("Order").
4 In accordance with the Court's Order, JUDGMENT is hereby entered in
5 favor of Wachovia Mortgage and against John Shirley and Julie
6 Shirley.

8    IT IS SO ORDERED, ADJUDGED AND DECREED.

10    Dated: March 29, 2012        
11                                 UNITED STATES DISTRICT JUDGE

2