United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SHIRLEY, individually and as trustee of the JOHN F. SHIRLEY and JULIE E. SHIRLEY 2003 TRUST, and JULIE SHIRLEY,<br><br>    Plaintiffs,<br><br>    v.<br><br>WACHOVIA MORTGAGE FSB, WELLS FARGO BANK N.A., and DOES 1-10,<br><br>    Defendants. | Case No. 10-03870-SC<br><br>JUDGMENT |
| WACHOVIA MORTGAGE, a division of WELLS FARGO BANK, N.A., formerly known as WACHOVIA MORTGAGE, FSB,<br><br>    Third-Party Complainant,<br><br>    v.<br><br>LSI TITLE COMPANY; LENDER PROCESSING SERVICES, INC.; FIDELITY NATIONAL INFORMATION SERVICES, INC.; and ROES 1 through 10, inclusive,<br><br>    Third-Party Defendants. | |

1    On March 29, 2012, the Court issued an order granting Third-
2 Party Defendant LSI Title Company, Inc.'s motion for summary
3 judgment against Third-Party Complainant Wachovia Mortgage.  ECF
4 No. 58 ("Order").  In accordance with the Court's Order, JUDGMENT
5 is hereby entered in favor of LSI Title Company, Lender Processing
6 Services, Inc., Fidelity National Information Services, Inc., and
7 against Wachovia Mortgage.

9    IT IS SO ORDERED, ADJUDGED AND DECREED.

11   Dated: March 29, 2012         
12                                 UNITED STATES DISTRICT JUDGE

2