UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN SHIRLEY, individually and as trustee of the JOHN F. SHIRLEY and JULIE E. SHIRLEY 2003 TRUST and JULIE SHIRLEY,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>WACHOVIA MORTGAGE FSB, WELLS FARGO BANK N.A. and DOES 1-10,<br><br>　　　　　　Defendants. | Case No. 3:10-CV-03870-SC<br><br>[Assigned to the Honorable Samuel Conti]<br><br>**ORDER GRANTING STIPULATION REGARDING CONDITIONAL WITHDRAWAL OF WACHOVIA'S BILL OF COSTS** |

Having read and considered the foregoing stipulation, and good cause appearing:

**IT IS HEREBY ORDERED:**

1.　In light of the agreement reached between plaintiffs and Wachovia, the Court will refrain from issuing a ruling concerning Wachovia's bill of costs (Doc. 61). As set forth in the stipulation, Wachovia shall promptly file a notice of withdrawal of its bill of costs upon receipt of the check from the plaintiffs in the amount as agreed to between the parties.

Dated: ___May 16___, 2012

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　HON. SAMUEL CONTI
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

92981/000095/00376254-1　　　　　　　1　　　　　　　ORDER GRANTING STIPULATION
　　　　　　　　　　　　　　　　　　　　　　　　　　　CASE NO. 3:10-CV-03870-SC