United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SHIRLEY, individually and as trustee of the JOHN F. SHIRLEY and JULIE E. SHIRLEY 2003 TRUST, and JULIE SHIRLEY,<br><br>    Plaintiffs,<br><br>    v.<br><br>WACHOVIA MORTGAGE FSB, WELLS FARGO BANK N.A., and DOES 1-10,<br><br>    Defendants. | Case No. 10-03870-SC<br><br>ORDER RE: SUBSTITUTION OF <u>COUNSEL</u> |
| WACHOVIA MORTGAGE, a division of WELLS FARGO BANK, N.A., formerly known as WACHOVIA MORTGAGE, FSB,<br><br>    Third-Party Complainant,<br><br>    v.<br><br>LSI TITLE COMPANY; LENDER PROCESSING SERVICES, INC.; FIDELITY NATIONAL INFORMATION SERVICES, INC.; and ROES 1 through 10, inclusive,<br><br>    Third-Party Defendants. | |

John Shirley ("Shirley") has filed a notice of substitution of counsel. ECF No. 74 ("Notice"). According to the Notice, Shirley intends to substitute himself as counsel of record in place of Ryan F. Thomas ("Thomas") and Roy N. Johnston ("Johnston"). Shirley would not only represent himself, but also his wife, Julie Shirley, and the John F. Shirley and Julie E. Shirley 2003 Trust ("the Trust").

The Court has several concerns with the Notice. First, it is unclear how Shirley intends to represent his wife and the Trust without engaging in the unauthorized practice of law. It appears that Shirley was admitted to practice law in the state of California but his bar status is no longer active. Second, Thomas and Johnston have not sought permission to withdraw as counsel pursuant to Civil Local Rule 11-5. Third, even if the Notice was valid, there appears to be no mechanism for Shirley to receive future court filings in this action.

For the reasons set forth above, the Court finds that the Notice is invalid. Thomas and Johnston shall continue to represent Shirley until they file the appropriate motions and have been relieved by the Court.

IT IS SO ORDERED.

Dated: May 17, 2012

UNITED STATES DISTRICT JUDGE