United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SHIRLEY, individually and as trustee of the JOHN F. SHIRLEY and JULIE E. SHIRLEY 2003 TRUST, and JULIE SHIRLEY,<br><br>        Plaintiffs,<br><br>    v.<br><br>WACHOVIA MORTGAGE FSB, WELLS FARGO BANK N.A., and DOES 1-10,<br><br>        Defendants. | Case No. 10-03870-SC<br><br>ORDER DENYING DEFENDANT'S <u>MOTION FOR ATTORNEY FEES</u> |
| WACHOVIA MORTGAGE, a division of WELLS FARGO BANK, N.A., formerly known as WACHOVIA MORTGAGE, FSB,<br><br>        Third-Party Complainant,<br><br>    v.<br><br>LSI TITLE COMPANY; LENDER PROCESSING SERVICES, INC.; FIDELITY NATIONAL INFORMATION SERVICES, INC.; and ROES 1 through 10, inclusive,<br><br>        Third-Party Defendants. | |

On March 29, 2012, the Court entered Judgment in this matter in favor of Defendant Wachovia Mortgage ("Wachovia") and against John and Julie Shirley (the "Shirleys").  ECF No. 59 ("Judgment").  Having prevailed on summary judgment, Wachovia now seeks to recover attorney's fees.  ECF No. 63 ("Mot.").  The Shirleys oppose the motion for fees.  ECF No. 66 ("Opp'n").  On May 1, 2012, the Shirleys filed a Notice of Appeal as to the Judgment.  ECF No. 71 ("Not. of Appeal").  The outcome of the Shirleys appeal may substantially affect Wachovia's eligibility to recover attorney's fees.  As such, it would be premature to award Wachovia fees at this time.  The Court therefore DENIES Wachovia's Motion WITHOUT PREJUDICE.  Wachovia may renew the request for fees following the appeal.

IT IS SO ORDERED.

Dated: July 2, 2012

_____
UNITED STATES DISTRICT JUDGE