IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SHIRLEY, individually and as trustee of the JOHN F. SHIRLEY and JULIE E. SHIRLEY 2003 TRUST, and JULIE SHIRLEY,<br><br>Plaintiffs,<br><br>v.<br><br>WACHOVIA MORTGAGE FSB, WELLS FARGO BANK N.A., and DOES 1-10,<br><br>Defendants.<br><br>WACHOVIA MORTGAGE, a division of WELLS FARGO BANK, N.A., formerly known as WACHOVIA MORTGAGE, FSB,<br><br>Third-Party Complainant,<br><br>v.<br><br>LSI TITLE COMPANY; LENDER PROCESSING SERVICES, INC.; FIDELITY NATIONAL INFORMATION SERVICES, INC.; and ROES 1 through 10, inclusive,<br><br>Third-Party Defendants. | Case No. 10-03870-SC<br><br>ORDER RE: SUBSTITUTION OF COUNSEL |

United States District Court
Northern District of California

United States District Court
For the Northern District of California

Now before the Court is Ryan Thomas's ("Thomas") motion to withdraw as attorney for plaintiffs John Shirley, Julie Shirley, and the John F. Shirley and Julie E. Shirley 2003 Trust. ECF No. 80. John Shirley seeks to replace Thomas as plaintiffs' counsel. On July 27, 2012, the Court denied the motion without prejudice since, at the time, John Shirley was not an active member of the California bar. ECF No. 84. John Shirley has since re-activated his bar membership and all three plaintiffs have consented to his substitution as counsel. ECF No. 85. Accordingly, the Court GRANTS Thomas's motion to withdraw and substitutes John Shirley as counsel for plaintiffs.

IT IS SO ORDERED.

Dated: August 10, 2012

UNITED STATES DISTRICT JUDGE